**U.S.A. vs. Tracey Tarrell Thorpe**                              **Docket No. 4:11-CR-93-1BR**

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tracey Tarrell Thorpe, who, upon an earlier plea of guilty to Theft of Government Property; Theft of Personal Property Within Special Maritime and Territorial Jurisdiction; and Receive, Conceal, and Retain Government Property, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on June 4, 2012, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tracey Tarrell Thorpe was released from custody on November 18, 2016, at which time the term of supervised release commenced within the Southern District of Florida.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 5, 2018, the defendant's supervising officer, U.S. Probation Officer Ralph Hughes, Southern District of Florida, discovered that Thorpe had moved to a new residence without notifying his supervising officer prior to this relocation. When USPO Hughes attempted to conduct a home inspection at the new residence, the defendant would not allow the officer to come inside the residence due to his girlfriend not being aware of his issues surrounding probation. Thorpe was subsequently directed to report for an office visit to discuss his case later that week. On November 7, 2018, the defendant reported to the probation office to speak with USPO Hughes. Thorpe advised the officer that the business where he was employed had been sold, and his job was terminated. It was later discovered that the defendant had been dishonest about that situation, and Thorpe was, in fact, fired from his job with RK Centers.

Additionally, on November 16, 2018, Thorpe advised his supervising officer that he was an employee of a local car detailing business, but it was later determined that the defendant was part owner of the establishment. Thorpe ultimately admitted to this fact and had no explanation to his dishonesty regarding same information.

Thorpe was directed to pay $50 per month towards his court-ordered restitution of $37,376.24. To date, the defendant has only paid $1,945.17, and he has not made a payment since March 2018. To address Thorpe's failing to answer truthfully all inquiries by his supervising officer, and his lack of adherence to his payment obligations, the officer has recommended Thorpe be subject to 120 days of Location Monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in the Location Monitoring Program for a period not to exceed 120 days. During this time, the defendant shall remain at his/her place of residence, except for employment and other activities approved in advance, and provide the U.S. Probation officer with requested documentation. The defendant shall maintain a telephone at his/her place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services

for the above period. The defendant shall wear a location monitoring device and follow the location monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the location monitoring equipment at the prevailing rate, or in accordance with his/her ability to pay.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.


/s/Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2541
Executed On: December 3, 2018


## ORDER OF THE COURT

Considered and ordered this ____5____ day of ____December_____, 2018, and ordered filed and made a part of the records in the above case.


_____
W. Earl Britt
Senior U.S. District Judge